EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> Medidas Judiciales ante el paso de onda tropical | 2016 TSPR 189 <br><br> 196 DPR \_\_\_\_ |

Número del Caso: EM-2016-3

Fecha: 29 de agosto de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Medidas Judiciales ante el        EM-2016-3
paso de onda tropical

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de agosto de 2016.

El 24 de agosto de 2016, el Centro Nacional de Huracanes, la Agencia Estatal para el Manejo de Emergencias y la Administración de Desastres alertaron sobre el paso de una fuerte onda tropical. Según la información provista en ese momento, se esperaba un deterioro en las condiciones del tiempo por lo que se emitió una vigilancia de inundaciones repentinas. Por tal razón, se decretó el cierre de los tribunales en todas las Regiones Judiciales y dependencias de la Rama Judicial a partir de las 3:30 p.m. del miércoles, 24 de agosto de 2016, quedando suspendidas las labores en la tarde.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará los dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, por lo que se considerará el 24 de agosto de 2016 como si fuera feriado. Cualquier término a vencer ese día se extenderá hasta el 25 de agosto de 2016.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Asociada señora Pabón Charneco no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo